Case 1:13-cv-00533-RJJ Doc #12 Filed 09/21/13 Page 1 of 1 Page ID#363
AO 440 (Rev. 01/09) Summons in a Civil Action (MIWD) (Rev. 10/12)
Case 1:13-cv-00533-RJJ Doc #11 Filed 08/06/13 Page 1 of 1 Page ID#362

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC

v.

JONATHAN ANDUJAR

Case No. 1:13-cv-00533-RJJ
Hon. Robert J. Jonker

TO: JONATHAN ANDUJAR
ADDRESS:
707 South Grant Avenue
Three Rivers, MI 49093

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

NICOLETTI & ASSOCIATES, PLLC
Paul J. Nicoletti, Esq.
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304

TRACEY CORDES, CLERK OF COURT

By: Deputy Clerk      Date: 8/6/13

---

## PROOF OF SERVICE

This summons for __JONATHAN ANDUJAR__ (name of individual and title, if any) was received by me on __9-3-13__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☒ I left the summons at the individual's residence or usual place of abode with __Cynthia Sanchez-Wilson (mother)__ (name) a person of suitable age and discretion who resides there, on __9-3-13__ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __94.00__.

I declare under the penalty of perjury that this information is true.
Date: __9-3-13__

Server's signature: William L. Drotoz, Deputy Sheriff
Server's printed name and title: WILLIAM DROTOZ DEPUTY SHERIFF
Server's address: 2035 S. 13th Niles Mich 49120

Additional information regarding attempted service, etc.: